**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**AVIS COLE**                                                                 **PLAINTIFF**

**V.**                                                      **NO. 1:06CV198-GHD-EMB**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                       **DEFENDANT**

## ORDER AWARDING ATTORNEY FEES

**BEFORE THE COURT** are Plaintiff's Motion for Attorney Fees [doc. 25] and Defendant's Response [doc. 26] thereto.

In these proceedings, Plaintiff sought judicial review of the final decision of the Commissioner of Social Security, denying her claims for Disability Insurance Benefits and Supplemental Security Income. By Order of Reversal and Remand [doc. 23] and Judgment [doc. 24] filed September 17, 2007, the Court granted the Commissioner's Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and remanded Plaintiff's claims for further proceedings. Plaintiff now seeks attorney fees pursuant to 28 U.S.C. §2412(d), the Equal Access to Justice Act ("EAJA"). Through the Motion and attached exhibits, Plaintiff requests an award of $2,322.67 in attorney fees. Defendant agrees that Plaintiff is entitled to the requested award of fees.

The Court, having considered the foregoing and the record of this case, finds the requested attorney fee is reasonable and appropriate. Therefore, it is

**ORDERED** that Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act is hereby **GRANTED**, and Plaintiff's attorney is hereby awarded the sum of $2,322.67 for attorney fees.

**THIS,** the 6th day of November, 2007.

/s/ Eugene M. Bogen
**U. S. MAGISTRATE JUDGE**